IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MELISSA A. HARRIMAN,

        Plaintiff,

vs.                                  Civil Action 2:12-CV-33
                                       Judge Graham
                                       Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

On February 4, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that this action be remanded for further consideration of whether plaintiff's cognitive impairment meets or equals Listing 12.05C. *Report and Recommendation*, Doc. No. 21. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 21, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further proceedings.

Date: February 25, 2013

                                                        James L. Graham
                                                        United States District Judge